THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE L. SMITH, Appellant. [938 NYS2d 374]—

Stein, J.

Rose, J.P., Malone Jr., McCarthy and Egan Jr., JJ., concur. Ordered that the order is affirmed, without costs.